# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137182

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 137182
COA: 283829
Gd Traverse CC: 06-010254-FH

JEFFREY JOSEPH TURKETTE,
       Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008

_____
Clerk